## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

Melissa C. Venerable,               **Civil File No. 07-2425 KHV-DJW**

    Plaintiff,

vs.

Mid America Credit Management LLC,

    Defendant.

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of Dismissal (Doc. #6) filed November 20, 2007 the action shall be dismissed on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

Dated: November 21, 2007        s/ Kathryn H. Vratil
                                           Kathryn H. Vratil
                                           United States District Judge